Rose Moree et al., Respondents, *v.* H. C. Bohack Co., Inc., Appellant.

(Argued March 5, 1935; decided March 19, 1935.)

*George J. Stacy* and *James J. Mahoney* for appellant.
*John H. Reiman* and *Alex Rubin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Crane, Ch. J., Lehman, O'Brien, Hubbs, Crouch, Loughran and Finch, JJ.